## Isadore H. Braun, Appellant, v. Louis G. Neiman, Appellee.

### Gen. No. 45,216.

Seymour M. Lewis, for appellant; Ode L. Rankin, of counsel; I. Harvey Levinson, and Arthur Bluestein, for appellee; I. Harvey Levinson, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 27, 1951; rehearing denied April 12, 1951; released for publication April 13, 1951.